## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE WILLIAMS

      Plaintiff,

v.

C.O. STANIEC,

      Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-691-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case in accordance with 28 U.S.C. § 1915(e)(2) and 1915A for plaintiff's failure to state a claim upon which relief may be granted.


_Peter Oppeneer_

Peter Oppeneer, Clerk of Court

10/29/12

Date